FILED

MAR 11 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No CR-12-130-AWI |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| Marco Antonio Arias Solis ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on March 11, 2013 TO 4 months, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 3-11-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1